# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MASTAKI SMITH,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:16-cv-00258-RDP |
| **PROFESSIONAL DEBT MEDIATION, INC.,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal of Defendant Professional Debt Mediation, Inc. with Prejudice (Doc. # 71), filed March 13, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this March 13, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE